UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADIL HIRAMANEK,

        Plaintiff,

   v.

CALIFORNIA JUDICIAL COUNCIL, et al.,

        Defendants.

Case No. 5:15-cv-04377-EJD

**RECUSAL ORDER**

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan

**IT IS SO ORDERED.**

Dated: October 14, 2015

                                            _____
                                            EDWARD J. DAVILA
                                            United States District Judge